# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 20, 2018

155397 (51)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

ESTATE OF TYLER JACOB MAKI, by his
Plenary Guardian MICHAEL PAUL MAKI,
        Plaintiff-Appellant,

v

VICTOR COEN, SOMMERS SCHWARTZ, PC,
PHOEBE J. MOORE, PHOEBE J. MOORE,
PC, and JOHN C. BURNS,
        Defendants-Appellees.

SC: 155397
COA: 328704
Oakland CC: 2015-146436-NM

_____/

      On order of the Court, the motion for reconsideration of this Court's October 3, 2017 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 20, 2018



Clerk

t0209